IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02362-RPM-CBS

MARI MAGGIO,

       Plaintiff,

v.

RICKENBACKER GROUP, INC. d/b/a RICKENBACKER COLLECTION SERVICES,
EQUIFAX INFORMATION SERVICES, LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

       Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation to Dismiss with Prejudice as to Equifax Information Services, LLC, and

Experian Information Solutions, Inc., Pursuant to Settlement [16] filed today, it is

ORDERED that this action is dismissed as to Defendants Experian Information Solutions, Inc.,

and Equifax Information Services, LLC., each party to bear their own costs and attorneys' fees.

DATED: December 2nd, 2010

BY THE COURT:

s/Richard P. Matsch
_____

Richard P. Matsch, Senior District Judge