**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 10-cv-02362-RPM-CBS**

| | |
|---|---|
| **MARI MAGGIO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **RICKENBACKER GROUP, INC. d/b/a** | ) |
| **RICKENBACKER COLLECTION** | ) |
| **SERVICES, EQUIFAX INFORMATION** | ) |
| **SERVICES, LLC, and EXPERIAN** | ) |
| **INFORMATION SOLUTIONS, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

ORDER OF DISMISSAL OF DEFENANT RICKENBACKER PURSUANT TO SETTLEMENT

Pursuant to settlement, the Plaintiff's case against Rickenbacker is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement of the Plaintiff's case against Rickenbacker within forty-five (45) days from the date of entry of this order. If the Plaintiff's case against Rickenbacker has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of the Plaintiff's case against Rickenbacker shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

DATED: December 2nd, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

1